

RECEIVED
AUG 05 2008
AUG 05 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Mr. Vincent Thompson, III. AKA.
Also Prince Hassan Bey, III.
Heir Too the Throne of Morocco.
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Chester Mental Health Center.
Illinois Department of Human Services.
Illinois Security Hospital.
Union Local #424.
Randoulph County.
St. Clair County.
(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**08CV4428**
**JUDGE ANDERSEN**
**MAGISTRATE JUDGE COLE**

**CHECK ONE ONLY:**

 **X**     COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

 _____     COMPLAINT UNDER THE CONSTITUTION ("BIVENS") ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

 _____     OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: Mr. Vincent Thompson, III.

B. List all aliases: Prince Hassan Bey III. Heir too the throne of Morocco.

C. Prisoner identification number: #200400081750 Last used.

D. Place of present confinement: Chester Mental Health Center.

E. Address: 1315 Lehmen Drive, Chester, Ill. 62233-2542.

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Chester Mental Health Center.
Title: Illinois Insane And Criminally Mental Asylum.
Place of Employment: Randoulph And St. Clair Counties.

B. Defendant: Illinois Department of Humain Services.
Title: State Regulators of Humain Rescoureses.
Place of Employment: Chicago, Springfield, Anna, + Chester Ill.

C. Defendant: Illinois Union Local #424.
Title: Security Labor Union for Chester Mental Health.
Place of Employment: Randoulph County + St. Clair County, CMHC.

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

## Continue Page 2

II Defendants): D

Defendant: Randoulph County, Racially Disriminatory toward, African American + Minoritys (Latinos). Against Origin and Decent.

Title): Kangaroo Court for Recipeints, whom — C.M.H.C. Doctors Enforce Medications on, too eysperiment. Giving out Mind Altering Drugs that, Impair the body. Promission granted too Lying Doctors at Randoulph Court House.

Place of Employment: One Talyor Street, Chester ILL, 62233, Circuit Clerk - Ms. Barbera Brown. 20th Circuit.

Defendants): E

Defendant: St. Clair County, Chester Hospital where non-Allowed Operations + Shock Therapy, against the will of Recipeints. And unauthoriss, surgerys take place. Some leading too premature Deaths.

Title): House of Death!! Also Chester Mental - Health Center believed too have none Liscense Doc's and Illegal Nurses.

Place of Employment: St. Clair County, which happens also too share border line with Randoulph for Chester. Juriediction, 20th Curcuit CourtHouse + Hospital.

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: *Mr. Vincent Thompson III. Vs. County of Cook. Docket No. 05-C-5428. AKA. Prince Hassan III of Morocco.*

B. Approximate date of filing lawsuit: *06-12-06 Reopened 02-27-08*

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: *Moorish-American; Mr. Vincent Thompson III. AKA A Prince of Morocco Heir-Too - The Throne, The Next Sultan of Morocco. An American born, Moroccan, Old World Moabites Decendent of Lot firstborn Moab-Moor. Northwestern Africa.*

D. List all defendants: *Chester Mental Health Center; Illinois Deptment of Human Services, Labor Union Local 424. — Randoulph County and St. Clair County. 20th Circuit And County of Cook Illinois.*

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): *Federal: Northern District of Illinois.*

F. Name of judge to whom case was assigned: *Judge Wayne R. Anderson. - And Migistrate Coles. Reviewed By Judge Rabecca Palymer Also.*

G. Basic claim made: *Violations of Civil Rights. Conspiracy! Constitutional An Due Process. Violation Of Federal Mental - Health Code An Illinois States. Legal + Mental Misconduct.*

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): *Still Pending New Evidence Sent In proveing Legal Misconduct. Trust Fund Account At Jail Claim too have Lost Revenues. Cook County - $2,000,000.00. In My Account, To Be Ruturned.*

I. Approximate date of disposition: *02-27-08*

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1. C.M.H.C. From Top to the Bottom have been A Major cover up for Mental Illeagle Practices In The State of Illinois for decades and Psychiatric Mayham & Drugs for what would be Recovering Sanely persons Instead become Mind and Physically Impaired - so called Recipents by Aleage beliving Doctors - Of most probably are not registered with Board of Psychiatric Institute of the State. And are Practicing Illeagle with Middle & Lower Management. These Things have been ongoing for Years. In Old Location and Present Location Build And opened In 1970. a. Illinois Department of Human Services Fail too random check Employers Records And Regulate More Often than they claim to do, And Set up for. Not only that they move you without consent from Another facility or Hospital rendering Mental Hospital - Patient Kidnap. When Accessed At CMHC, (whatever mode) They on purpose Throw Away belongings And Cut off -

4

All communications, Even too relatives or Lawyers And give some C.M.H.C. Policies + Rules, but so-called Therapists or Social Workers take there such long time too meet with You. In fact Doctors + Nurse give or force Medicines down your throat with out the right too say no or Then inject you And They all tell too me sure that you Understand the The State of Illinois Mental Health Code or federals for the Instant. Like what happen too me on Arrival November 16th 2007. Head Psych now Doctor Chambers, Doctor Thatcher (who Along with everyone) Is Poisoning me by Food, And Doctor RHO who's Assigned too me. That's Destroying my Insides Along with now enforced Meds Imposed upon me By Courthouse In Randolph County, 20th Circuit on June 4th 8:30am Room #2, One Taylor Street in Chester Illinois. I Also was given Insufficient Time too have Counsel of my choice their. And St. Clair because CMHC sits on the Borderline of Both aid have A Hospital where mysterious Deaths have occured. On July 30th At CMHC At 2:00pm on Unit C confrence room they are holding my so-called Medication Treatment Plan but, conducted by Another Psych, Instead of Assigned. Don't know Output yet. #3. Local Union #424 on Attached sheet.

#3. Union Local #424

Unfair hiring Practices mostly Whites very few Majorities and Supposedly Equal Opportunities - Employers which Is a Joke mostly whole Facility controled by Two or Three Families which run Top, Middle & Lower Management Also the Randolph All St. Clair Political Powers. Non-White or Blacks Psych. Doctors All Overseas Foriegnors. C.O.S. - Mr. David Dunker, Head Administrator, Director of Unit C & Managers and Security are predominatly Racises, K.K.K. some or Neo Nazis, younger ones - Skinheads. Very few show Respect or Give a Kind word for Hope of Recovery!! Communications & Rights Privacies Act, and constant Dicrimination on most All Levels and Mental Verbal Abuse & Provoking!! (over)

PAGE 6 ½

4# Bottom Line: Too Many Chiefs And No Indians. Persons working for the State Illeagle For Putting Down Mentally + Orgin Decent And Getting Paid for It at The Tax Payers Expence. I ask Too be Exonerated and free Too Leave Country and due Business At a Later date Still as Mr. Vincent Thompson. III M.H.

Prince Hassan Bey III
Heir Too the Throne of Morocco.
1315 Lehmen Drive
Chester, Ill. 62233 2570

Phone Switch Board
1-618-826-4517 Please Rescue Me!!

Personal Contacts: 1-773-224-2453 or 1-773-568-7492.
Please Notice Fib — Attorney General — Gouenor Blagojevich — And President Bush the Commander + Chief of the United States of America!! Department of Justice In D.C. Have Been Noticed!!! Give Me Liberty or Death!!! Mr. V.T. III ☹

V.  Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Exonerate Me of All Charges And Offencces Past + Present Legal Powers Striped from Judges, Lawyers All/ever Involved from Beginning. Even Police that Arrested Me. And All States Attorneys From Beginning too. How is "All Lawyers Jailed. Plus All Psychiatric Doctors. Sanction or Mental or more Drug Off for Safety with Numerous Complaints. And For Me too be Restored Back to My Life With Restitution of Mental Damage Revenues.

VI.  The plaintiff demands that the case be tried by a jury.  ☐ YES  ☒ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _1st_ day of _August_, 20 _08_

Heir too the Throne of Morocco, Northwest Africa, Mr. Vincent Thompson, II, aka Prince Hassan Bey, III
(Signature of plaintiff or plaintiffs)

Mr. Vincent Thompson, II. AKA. Prince Hassan Bey, III
(Print name)

#200400 81750. Last used At Cook County.
(I.D. Number) Chester Mental Health Center,
1315 Lehmen Drive, ID#697300,
Chester, Illinois 62233-2542,
(Address)
State of Illinois
Circuit Court for the 20th Judicail Circuit,
Randolph County, Docket Number –
2008-MH-105.