MHN

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
# Civil Cover Sheet

**Plaintiff(s):** VINCENT THOMPSON III

**Defendant(s):** CHESTER MENTAL HEALTH CENTER, et al

**County of Residence:** RANDOLPH

**County of Residence:**

**Plaintiff's Address:**
Vincent Thompson III
#2004-0081750
Chester
P.O. Box 31
Chester, IL. 62233

**Defendant's Attorney:**
Illinois Department of Human Services
100 West Randolph, 6th Floor
Chicago, IL 60601

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [x] 3. Federal Question (U.S. gov't. not a party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**08CV4428**
**JUDGE ANDERSEN**
**MAGISTRATE JUDGE COLE**

**Origin:**
- [x] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison Conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** [ ] Yes [x] No

**Signature:** /s/ Vincent Thompson

**Date:** 8/6/08

FILED
AUG 0 6 2008 TC
8-6-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT